```
                    ... COURT
                    ... OF MASS.
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

                   2004 APR -5  P 3: 22
MEDDAHI BOUDGEMAA,              )
                                )
          Petitioner            )
                         FILED  )   Civil Action No.
     v.              ...'S OFFICE   04cv10645-JLT
                                )
JOSEPH F. MCDONOUGH, SHERIFF,   )
PLYMOUTH COUNTY,                )
                                )
          Respondent            )
```

MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R. Civ. P. rule 12(b)(6) for failure to state a claim upon which relief may be granted.

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

          By:   _____
                FRANK CROWLEY
                Special Assistant U.S. Attorney
                Department of Homeland Security
                P.O. Box 8728
                J.F.K. Station
                Boston, MA 02114
                (617) 565-2415

---

[1] As of a DHS restructuring effective June 9, 2003, the responsive successor official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on April 5, 2004.

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114