COURT
OF MASS.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MEDDAHI BOUDGEMAI,                  )       2004 APR -5 P 3: 23
                                    )
        Petitioner                  )
                                    )       Civil Action No.
    v.          FILED               )       04cv10645-JLT
          CLERK'S OFFICE            )
                                    )
JOSEPH F. MCDONOUGH, SHERIFF,       )
PLYMOUTH COUNTY,                    )
                                    )
        Respondent                  )


RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent[1] hereby informs the Court of its intention to
execute the final order of removal against petitioner **on April
14, 2004.**

                        Respectfully submitted,


                        MICHAEL J. SULLIVAN
                        United States Attorney

            By:    _____ .
                        FRANK CROWLEY
                        Special Assistant U.S. Attorney
                        Department of Homeland Security
                        P.O. Box 8728
                        J.F.K. Station
                        Boston, MA 02114
                        (617) 565-2415

_____

[1] As of a DHS restructuring effective June 9, 2003,  the
responsive successor official of the Department of Homeland
Security having control of petitioner's immigration custody in
the instant action is Bruce Chadbourne, Field Director for
Detention and Removal, Bureau of Immigration and Customs
Enforcement ("ICE") in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on April 5, 2004.

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114

2