UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>MEDDAHI BOUDGEMAA</u>,

        Petitioner,

        v.

<u>JOSEPH F. McDONOUGH</u>,

        Respondent.

CIVIL ACTION

NO.   04-10645-JLT

O R D E R

<u>TAURO, D. J.</u>

On April 2, 2004, the Court received a petition for a writ of habeas corpus under Section 2241 from Meddahi Boudgemaa, an immigration detainee currently being held at the Plymouth County Correctional Facility.  Boudgemaa did not submit the $5 filing fee or an application for waiver of the filing fee with his petition.

ACCORDINGLY,

(1) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon the Respondent:  (1) Joseph F. Mc Donough as well as (2) the United States Attorney; AND (3) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA  02114 AND

(2) The Respondents shall, within 28 days of receipt of this Order, file an answer or other responsive pleading  AND

(3) The Respondents shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner AND

(4) Boudgemaa shall submit the $5 filing fee for this habeas petition or an application to waive the filing fee (if he lacks the funds to pay the filing fee) within 42 days of the date of this Order or this action will be dismissed without prejudice; AND

(5) The Clerk shall send Boudgemaa an Application to Proceed Without Prepayment of Fees with this Order.

SO ORDERED.

| | |
|---|---|
| <u>4/9/04</u><br>Date | <u>s/ Joseph L. Tauro</u><br>United States District Judge |

(2241servINS.wpd - 09/00)                                                                                              [2241serv.]