UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MEDDAHI BOUDGEMAA,
    Petitioner,

    v.

Civil Action No. 04-10645-JLT

JOSEPH F. McDONOUGH,
    Respondent.

## ORDER OF DISMISSAL

HARRINGTON, D.J.

In accordance with this Court's order dated April 14, 2004, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

s/ Linn A. Weissman
Deputy Clerk

Date April 20, 2004

(noticeofdismissal.wpd - 12/98)　　　　　　　　　　　　　　　　　　　　[odism.]